IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NELLIE PENNINGTON                    :    CIVIL ACTION
                                     :
            v.                       :
                                     :
CAROLYN COLVIN, Acting               :    NO.  13-3246
Commissioner of Social Security

## ORDER

AND NOW, this /9*th* day of *November* , 2014, upon careful and

independent consideration, the record reveals that the Commissioner did not apply correct

legal standards and that it is unclear whether the ALJ's findings of fact and conclusions

of law are supported by substantial evidence.  As a result, this action must be remanded

to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is

hereby ORDERED that:

1.      The Report and Recommendation is APPROVED AND ADOPTED;

2.      Judgment is entered REVERSING the decision of the Commissioner of
        Social Security for the purposes of this remand only and the relief sought
        by Plaintiff is GRANTED to the extent that the matter is REMANDED for
        further proceedings consistent with this adjudication;

3.      The Clerk of Court is hereby directed to mark this case closed.

                              BY THE COURT:


                              JOEL H. SLOMSKY, J.